**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Kevin Wetherbee,<br><br>    Plaintiff,<br><br>v.<br><br>AFNI, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 3:14-cv-01388-SRU |

## STIPULATION OF DISMISSAL

  WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

  WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

  WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Defendants AFNI, Inc. and DOES 1-10, inclusive, with prejudice and without costs to any party.

| Kevin Wetherbee | AFNI, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Valerie N. Doble |
| Sergei Lemberg, Esq. (Juris No. 425027)<br>LEMBERG LAW LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Valerie N. Doble, Esq. (ct 27251)<br>Hinshaw & Culbertson LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109<br>(617) 213-7000<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg_____
                                                Sergei Lemberg